AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

**UNITED STATES OF AMERICA**

**v.**
Ruben Soto

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

USDC Case Number: CR-18-00442-001 MMC
BOP Case Number: DCAN318CR00442-001
USM Number: 25285-111
Defendant's Attorney: William David Sarratt Appointed)
Linh K. Tang (Appointed)

**THE DEFENDANT:**

☑ admitted to Charge(s): One and Two of the Petition for Warrant filed on December 29, 2025.
☐ was found in violation of Charge(s): __________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Must not commit another federal, state or local crime | December 19, 2025 |
| Two | Must not unlawfully possess a controlled substance | December 19, 2025 |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Charge ______ is dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6754

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
San Francisco, California

10/7/2026
Date of Imposition of Judgment

Maxine M. Chesney
Signature of Judge
The Honorable Maxine M. Chesney
Senior United States District Judge
Name & Title of Judge

10/13/2026
Date Signed

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Twenty-one (21) months to be served concurrently to the sentence imposed in 3:26CR00284-001 MMC.

☑ The Court makes the following recommendations to the Bureau of Prisons: The Court recommends the defendant participate in the Bureau of Prisons' Residential Drug Abuse Treatment Program. The Court recommends the defendant be designated to a facility as close to the San Francisco Bay Area as possible to facilitate visits from his sizeable and supportive group of family members.

☐ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at __________ ☐ am ☐ pm on ____________ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ at __________ ☐ am ☐ pm on ____________ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________________ to ______________________________________ at ________________________________________, with a certified copy of this judgment.

______________________________________________
UNITED STATES MARSHAL

By ______________________________________________
DEPUTY UNITED STATES MARSHAL